UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JESSICA J. ANDRES,

    Plaintiff,

v.

NEW LOTHROP AREA
PUBLIC SCHOOLS, *et al.*,

    Defendants.

Case No. 18-cv-10203
Hon. Matthew F. Leitman

_____/

**ORDER (1) ADOPTING RECOMMENDED DISPOSITION OF REPORT AND RECOMMENDATION (ECF #41), (2) GRANTING DEFENDANTS' MOTIONS TO DISMISS AND MOTIONS FOR SUMMARY JUDGMENT (ECF ## 11, 22, 28, 36) AND (3) DISMISSING PLAINTIFF'S COMPLAINT**

On January 17, 2018, Plaintiff Jessica Andres filed this action against the Defendants. (*See* ECF #1.) Among other things, Andres alleges that the Defendants violated the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* (*See id.*) Each of the Defendants has either moved to dismiss Andres' Complaint or for summary judgment. (*See* ECF ## 11, 22, 28, 36.) Andres responded to each motion (*see* ECF ## 16, 31, 33, and 39), and each Defendant filed a reply brief. (*See* ECF ## 19, 32, 34, and 40.)

On August 15, 2018, the assigned Magistrate Judge issued a Report and Recommendation in which she recommended that the Court grant Defendants' motions and dismiss Andres' Complaint (the "R&R"). (*See* ECF #41.) At the

conclusion of the R&R, the Magistrate Judge informed the parties that if they wanted to seek review of her recommendation, they needed to file specific objections with the Court within fourteen days. (*See id.* at Pg. ID 392-93.)

Andres has not filed any objections to the R&R. The failure to object to an R&R releases the Court from its duty to independently review the matter. *See Thomas v. Arn,* 474 U.S. 140, 149 (1985). Likewise, the failure to file objections to an R&R waives any further right to appeal. *See Howard v. Sec'y of Health and Human Servs.,* 932 F.2d 505 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987).

Accordingly, because Andres has failed to file any objections to the R&R, **IT IS HEREBY ORDERED** that the Magistrate Judge's recommended disposition of the pending motions is **ADOPTED**.

**IT IS FURTHER ORDERED** that (1) Defendants' motions to dismiss and/or for summary judgment (ECF ## 11, 22, 28, and 36) are **GRANTED** and (2) Andres' Complaint (ECF #1) is **DISMISSED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 4, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 4, 2018, by electronic means and/or ordinary mail.

                                              s/Holly A. Monda  
                                              Case Manager  
                                              (810) 341-9764