UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JESSICA J. ANDRES,

    Plaintiff,                                    Case No. 18-cv-10203
                                              Hon. Matthew F. Leitman

v.

NEW LOTHROP AREA
PUBLIC SCHOOLS, et al.,

    Defendants.

_____/

## **JUDGMENT**

In accordance with the Order dated October 4, 2018,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff.

                                                  DAVID J. WEAVER
                                                  CLERK OF COURT

                                  By:    s/Holly A. Monda
                                                Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: October 4, 2018
Flint, Michigan